Form A

CA 08 278

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: Brushy Brook Development
Company LLC :

Debtor(s) :

- - - - - - - - - - - - - - - - -*

BK No. 05-13009
Chapter 7X

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

__X__ Appeal Coversheet

__X__ The Notice of Appeal and Appellant's Election Form

__X__ Copy of Bankruptcy Court Order and Judgment dated 6/26/2008

_____ Other____________________________________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on N/A Motion For Leave to Appeal filed. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 7/8/08

By: cal
Deputy Clerk