Form B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 05-13009 [CA] [BAP] #

2. Title of Bankruptcy Case Brushy Brook Development Company

3. Appellant: James Ottenbacher

Name & Address of Counsel for Appellant(s):

Pro Se

PO Box 471

Cape Canaveral, FL 32920 (321)750-1027

4. Appellee: Charles A. Pisaturo

Name & Address of Counsel for Appellee(s):

Matthew McGowan

Salter, McGowan, Sylvia & Leonard Inc.

321 South Main Street, Providence RI 02903 (401) 274-0300

5. Additional Counsel: Robert D. Wieck for LR6-A, LLC

MacAdams Wieck Deluca & Gemma, Inc.

101 Dyer Street, Suite 400, Providence, RI 02903

Office of the U. S. Trustee, 10 Dorrance Street,

Providence, RI 02903 (401) 528-5551

6. Related Case(s) on Appeal: Yes X No

7. Special Comments: Motion to Leave to Appeal Pending Objection Deadline 7/21/2008. Notice of Defective Pleading for original signatures - due by 7/18/2008.

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)626-3100*

CA 08 278

## *APPEAL COVER SHEET*

| |
|---|
| 1. BK. # **1:05-bk-13009** D.C./BAP No. |
| 2. Title of Bankruptcy Case **Brushy Brook Development Company, LLC** |
| 3. Appellant: James Ottenbacher<br>Name of Counsel for Appellant(s): Pro Se<br>Address: PO Box 471 Cape Cavaveral FL 32920 (321) 750-1027 |
| 4. Appellee: Charles A. Pisaturo<br>Name of Counsel for Appellee(s): Matthew McGowan<br>Address: Salter McGowan Sylvia & Leonard Inc. 321 South Main Street Providence RI 02903 (401) 274-0300 |
| 5. Additional Counsel: Robert D. Wieck For LR6-A, LLC<br>MacAdams Wieck Deluca & Gemma Inc , 101 Dyer Street Suite 400 Providence RI 02903 (401) 454-8700 |
| 6. Related Case(s) on Appeal: X YES NO |
| 7. Special Comments: Motion for Leave to Appeal Pending Objection deadline 7/21/08 |

AppealCover.jsp Form 308