CA 08 278

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - - - - - x

In re: :

BRUSHY BROOK DEVELOPMENT COMPANY, LLC : BK No. 05-13009
Debtor Chapter 7

- - - - - - - - - - - - - - - - - - - - x

**ORDER SUSTAINING OBJECTIONS**
**TO MOTION FOR RECONSIDERATION**

For the reasons given by the Objectors to the Motion for Reconsideration (Doc. #425) filed by Creditor James Ottenbacher and supported by Creditor Charles Fogarty, the objections are SUSTAINED.

Enter Judgment consistent with this Order.

Dated at Providence, Rhode Island this 26th day of June, 2008.

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 6/26/2008