CA 08 278

*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)626-3100*

**Brushy Brook Development Company, LLC**

Debtor(s)

BK No. **1:05-bk-13009**

Chapter **7**

Judge: **Arthur N. Votolato**

## *JUDGMENT ORDER*

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Judgment Order (re:[435] Order Sustaining [433] Objection filed by Creditor LR6-A, LLC; [434] Objection file by Trustee re: [425] Motion to Reconsider).**

Judgment #: 1:05–bk–13009 – 436 – 435

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **6/26/08**
Document Number: ***436 - 435***

By: **CAL**
Deputy Clerk

judgement.jsp #404