| Attorney or Appellant Name, Address, Telephone, and Fax Number<br>JAMES J. OTTENBACHER<br>P.O. BOX 471<br>CAPE CANAVERAL, Fl 32920<br>321 406 0559 Ph<br>321 4538568 Fax<br>Attorney for Appellant | FOR COURT USE ONLY<br><br>CA 08 278 |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF RHODE ISLAND | |
| In re: BRUSHY BROOK DEVELOPMENT Co, LLC<br>STONE RIDGE, INC.<br>Debtor (s) | |
| Debtor's Social Security No(s). N/A | CHAPTER 7<br>CASE NUMBER BK05-13009 |
| Employer's Tax Identification Nos. (if any) N/A | ADVERSARY NUMBER |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☐ defendant or ☒ other party (specify name of party) JAMES J Ottenbacker appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) ORDER APPROVING Compromise entered in this adversary proceeding or other proceeding (describe other proceeding) __________ on the 26th day of June, (year) 2008. MOTION For Reconsideration denied

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

   (Print or type names, addresses, telephone, and fax numbers)

   SEE ATTACHMENT

CONTINUED ON NEXT PAGE

| In re BRUSHY BROOK DEVELOPMENT COMPANY LLC STONE RIDGE, INC Debtor. | CHAPTER 7 CASE NUMBER BK05-13009 |
|---|---|

Dated: 7/5/08

*Signature (Attorney for Appellant or Appellant if not represented by an Attorney)*

(Print or type name, address, telephone and fax numbers)
JAMES J. Offenbacher - Pro-SE
P.O. BOX 471
Cape Canaveral, Fl 32920
321 4060559 Ph
321 4538568 Fax

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**