R.I. Bankr. Form S
*See* R.I. LBR 8001-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 08 278

In re:

Debtor(s)

BK No.
Chapter

**APPELLANT ELECTION FORM**

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated JUNE 26, 2008, Doc. No. 436-435 and underlying 421-420

| | |
|---|---|
| JAMES J. OTTENBACHER<br>APPELLANT(S) | APPELLEE(S) |
| Attorney PRO-SE<br>(Firm Name, Address, and Telephone No.) | Attorney (If known) |

[ ] I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

[X] I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: [signature] Signature of Attorney (or Appellant, if pro se)  Dated: 7/5/08