UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

BRUSHY BROOK DEVELOPMENT CO, LLC
STONE RIDGE, INC.
Debtor

BK 05-13009
CHAPTER 7

MOTION FOR LEAVE TO APPEAL AND TO STAY OF ORDER

JAMES OTTENBACHER, APPELLANT, BEING PRO-SE, is a Creditor and a Shareholder, here by moves this Court for Leave to appeal the Order of the Bankruptcy Court approving the comprise (document # 421-420 entered on June 4, 2008) as upheld by Order Sustaining Objection to Motion for Reconsideration (document # 436-43 entered on June 26, 2008) in the above matter and for the Stay of said Order Approving compromise pending resolution of the Appeal.

1. The mortgage held by LR6-A is admitted by all of the parties to be usurious under Massachusetts and Rhode Island Law.
2. Appellant also believes that the loan from LR6-A was part of a loan to own scam and is one of similar transaction involving LR5-A in the Court in Massachusetts.
3. Appellant believes a Fraudulent Transfer of the property has taken place.
4. Appellant has asked the court to allow Full discovery has submitted in 2007 by the Trustee schedule.
5. Fraudulent concealment by Ralph Palumbo, Palumbo knew that his relationship the as the accountant and buyers should have been fully disclosed to the above sellers
6. Appellant was ordered by subpoenaed, sat in the Court and was never allowed to testify
7. Organized Perjury by adverse parties, The Court has declined to pursue these and other criminal issues in this case.
8. Conflict of Interest, the attorney who represent LR6-A is this action ALSO represented the appellant is this same action in putting Stone Ridge ,Inc in to this Bankruptcy
9. The Appellant has not been given proper notice, being Pro-Se and asked the court to allow him to supplemental answer.

Respectfully Submitted

James Ottenbacher/ PRO SE
PO BOX 471
Cape Canaveral, Fl 32920
321 453 8568 fax
jjsky12@yahoo.com

CERTIFICATION, ELECTRONICALLY, FAXED &US MAIL TO;

Clerk of the Bankruptcy Court, Rhode Island
Office of the U.S. Trustee ustpregion01.pr.ecf@usdoj.gov
Charles Pisaturo Esq. cpisaturo@earthlink.net
U.S Attorney office, Rhode Island
Robert Wieck rwieck@mwdglaw.com