UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: BRUSHY BROOK DEVELOPMENT | : | |
| COMPANY, LLC, | : | B.K. CASE NO. 05-13009 |
| | : | Chapter 7 |
| Debtor. | : | |

**OBJECTION TO MOTIONS FOR STAY PENDING APPEAL**

LR6-A, LLC ("LR6-A"), the first priority mortgagee authorized to exercise its state law right to foreclosure upon the subject real property located in Hopkinton, Rhode Island pursuant to the Bankruptcy Court's Order Granting Joint Motion For Approval Of Compromise and Judgment entered on June 4, 2008 (collectively, the "Judgment"), hereby objects to the Motions for Stay of the Judgment pending appeal filed by Charles E. Fogarty on July 3, 2008 and by James Ottenbacher on July 7, 2008 (collectively, the "Stay Motions").[1]

In support of its Objection, LR6-A incorporates and adopts the arguments set forth by the Chapter 7 Trustee, Charles A. Pisaturo, Jr., in his Objection To Motions For Stay filed on July 15, 2008. In addition, as explained below, the United States District Court for the District of Rhode Island does not have jurisdiction to consider the appeal of Charles E. Fogarty ("Fogarty") on the ground that it was untimely filed and not properly perfected pursuant to Federal Rule of Bankruptcy Procedure 8002.

On June 4, 2008, the Judgment was entered by the Bankruptcy Court. However, Fogarty did not: (i) file a notice of appeal within 10 days of the entry of the Judgment in accordance with Bankruptcy Rule 8002(a); or (ii) file a post-judgment motion of the type specified in Bankruptcy Rule 8002(b) within 10 days of the entry of the Judgment. Rather, on June 23, 2008 (19 days

[1] The Stay Motions were entitled "Motion For Leave To Appeal And For Stay of Order." LR6-A does not address the request for leave to appeal since the Judgment is not interlocutory, but rather a final judgment appealable under 28 U.S.C. §158(a)(1).

after the entry of the Judgment), Fogarty filed a document entitled "Objection To Motion For Approval Of Compromise" wherein Fogarty stated that the document was being filed as a memorandum in support of the post-judgment motions for reconsideration and for stay previously filed by James Ottenbacher. *See* Docket No. 432. Fogarty's delayed "me too memorandum" was insufficient to toll the time for Fogarty to appeal from the Judgment. Consequently, Fogarty's Notice of Appeal filed on July 3, 2008 was untimely under Bankruptcy Rule 8002.

LR6-A, LLC,
By its Attorneys,

/s/ Denean M. Russo
Robert D. Wieck, Esq. #1739
Denean M. Russo #5043
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
Date: July 16, 2008

**CERTIFICATION OF SERVICE**

I hereby certify that a true copy of the within Objection To Motions For Stay Pending Appeal was served by electronic mail through the Bankruptcy Court's Electronic Case Filing system on the 16th day of July, 2008, to the following:

| | |
|---|---|
| Leonard J. DePasquale, Esquire | ustpregion01.pr.ecf@usdoj.gov |
| Stephen J. Brouillard, Esquire | sbrouillard@orsonandbrusini.com |
| Theodore Orson, Esquire | torson@orsonandbrusini.com |
| Thomas E. Carlotto, Esquire | tec@shlawri.com |
| Peter J. Furness, Esquire | pjf@brcsm.com |
| John Boyajian, Esquire | john@bhrlaw.com |
| Charles A. Pisaturo, Jr., Esq. | cpisaturo@earthlink.net |

| | |
|---|---|
| William M. Dolan III, Esq. | wdolan@brownrudnick.com |
| John A. Tarantino, Esq. | jtarantino@apslaw.com |
| Attorney Patricia K. Rocha | procha@apslaw.com |
| Joseph Avanzato, Esq. | javanzato@apslaw.com |
| Attorney Katy A. Hynes | khynes@apslaw.com |
| Vincent A. Indeglia, Esq. | vaindeglia@aol.com |
| Matthew J. McGowan, Esq. | mmcgowan@smsllaw.com |

I further certify that on this 16th day of July, 2008, a true copy of the within Objection To Motions For Stay Pending Appeal was forwarded via first class mail, postage prepaid, to the following:

Rhode Island Division of Taxation
One Capitol Hill, Bankruptcy Unit
Providence, RI 02908-5800

Charles Fogarty
251 Narragansett Avenue East
Wakefield, RI 02879

Steven Kaufman
8574 E. Vista Bonita Drive
Scottsdale, AZ 85255

Frederick M. Luper
Luper Neidenthal & Logan LPA
50 W. Broad Street, Suite 1200
Columbus, OH 43215

James Ottenbacher
P.O. Box 471
Cape Canaveral, FL 32920

Akhil M. Patel
Thompson Hine LLP
10 West Broad Street
Columbus, OH 43215

/s/ Denean M. Russo

G:\LR6-A\Boulder Brook\Bankruptcy Pleadings\Obj to Motions for Stay Pending Appeal 071608.doc