UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BRUSHY BROOK DEVELOPMENT CO, LLC
STONE RIDGE, INC.
Debtor

BK 05-13009
CHAPTER 7

MOTION FOR EMERGENCY STAY OF ORDER PENDING APPEAL HEARING

JAMES OTTENBACHER, APPELLANT, BEING PRO-SE, is a Creditor and a Shareholder, Hereby moves this Court to grant the order for an emergency Stay Pending the Appeal

The Mortgage auction (sale) is scheduled for August 14, 08 and the hearing for the appeal is not to take place until five (5) days later August 19,08, also the hearing for the motion to Remove/Disqualify attorney Robert Wieck is to take place on 8/28/08. The appellant believes, He and the other creditor will be irreparably injured without the stay.

IF the order Granting the joint Motion for approval of Compromise entered on June 4,08 is not stayed pending appeal the harm to the creditors will be complete-whether they win on appeal or not. In this situation, a stay is necessary in order to preserve the STATUS QUO.

The denial of the stay will utterly destroy the status quo, irreparably harming the appellants; appellants need not to show an absolute probability of success in order to be entitled to a stay. (Providence Journal Co. v. FBI, 595 F.2d 889,889 1st Cir. 1997)

Appellant states Bad faith on the part of the Trustee, by jointing with the Lender attorney in this joint Motion. The Court has not order full discovery of the Lender LR6-A, for the criminal usury and the Trustee has not asked for a hearing into the Loan to Own Scam of the Lender and the relationship between Lender and the Borrowers. (Lender a client of the borrower) The Attorney for the lender was this appellant attorney in the same Court and Same case and has a Major conflict of Interest in this matter before this same Court.

This joint Motion by the Trustee and Lender attorney is base on a deal for the Trustee to receive $100,000 USD at the end of the sale ,dealing away the creditors collateral in their second mortgage.

Based on the Criminal Usury, lax of Full Discovery, Organized Perjury by adverse parties, Fraudulent Transfer of the property, Conflict of Interest and a host of other disregard of public policy.

The Appellant prays the District orders an emergency Stay of the Auction Sale, of the Real Property (365 acres) in Hopkinton, Rhode Island.


JJO

Respectfully Submitted

James Ottenbacher/ PRO SE
PO BOX 471
Cape Canaveral, Fl 32920
321 453 8568 fax
jjsky12@yahoo.com

CERTIFICATION, ELECTRONICALLY, FAXED &US MAIL TO;

Clerk of the Bankruptcy Court, Rhode Island
Office of the U.S. Trustee — ustpregion01.pr.ecf@usdoj.gov
Charles Pisaturo Esq. — cpisaturo@earthlink.net

Robert Wieck — rwieck@mwdglaw.com