UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Charles Fogarty, et als.

Appellant

v.

1:08-cv-00256-S
(Bankruptcy Appeals)

Charles A. Pisaturo, Trustee

Appellee

**APPELLEE'S MOTION FOR AUTHORITY TO SEAL BANKRUPTCY COURT TRANSCRIPTS**

Appellee, Charles A. Pisaturo, Jr., Chapter 7 Trustee of Brushy Brook Development Co., LLC, hereby moves that the Court seal the Bankruptcy Court transcripts that become part of the record in this appeal from an order of the Bankruptcy Court, and in support thereof respectfully refers the Court to his accompanying memorandum of law.

Charles A. Pisaturo, Jr., Chapter 7 Trustee of
Brushy Brook Development Co., LLC.
By his Attorney,

August 26, 2008

/s/ Matthew J. McGowan

Matthew J. McGowan, Esquire
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
(Bar No. 2770)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Charles Fogarty, et als.

Appellant

v. 1:08-cv-00256-S
(Bankruptcy Appeals)

Charles A. Pisaturo, Trustee

Appellee

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed an **APPELLEE'S MOTION TO SEAL BANKRUPTCY COURT TRANSCRIPTS** and the **MEMORANDUM OF LAW** in support thereof in this case with the Clerk of this Court using the CM/ECF System. The following are CM/ECF System participants in this case eligible to receive notice of the filing of such paper(s) electronically:

| | |
|---|---|
| Leonard J. DePasquale, Esquire | leonard.j.depasquale@usdoj.gov |
| Denean M. Russo, Esquire | drusso@mwdglaw.com |
| Robert D. Wieck, Esquire | rwieck@mwdglaw.com |

I further hereby certify that I have this date served a copy of the above-referenced paper(s) on the following non CM/ECF participants by first class mail, postage prepaid, at the addresses noted below:

Charles Fogarty
251 Narragansett Avenue
East Wakefield, RI 02879

James Ottenbacher
P.O. Box 471
Cape Canaveral, FL 32920

August 27, 2008 /s/ Jillane S. Padula

F:\Contents\Brushy Brook\Ottenbacher US Dist Appeal\Motion to Seal\Mot Seal Bk Ct Transcripts.doc