UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Charles E. Fogarty, et als.

Appellant

v.

1:08-cv-00256-S
(Bankruptcy Appeals)

Charles A. Pisaturo, Trustee

Appellee

APPELLANT'S RESPONSE TO APPELLEE'S MOTION FOR AUTHORITY TO PRESENT CERTAIN PAPERS AND ARGUMENTS IN CAMERA AND FOR AUTHORITY TO SEAL BANKRUPTCY COURT TRANSCRIPTS

Appellant does not object to Appellee's Motion for Authority to Present Certain Papers and Arguments in Camera and for Authority to Seal Bankruptcy Court Transcripts provided that said motions address only the papers and arguments and transcripts of the in camera hearing before the Bankruptcy Court on the motion for Approval of Compromise held on March 4 or 5, 2008, and provided further Appellant is permitted to be present and while the papers and arguments are presented to this Court in Chambers and to review the transcripts presented to this Court.

CHARLES E. FOGARTY,
Pro Se,

Dated: September 4, 2008

Charles E. Fogarty
251 Narragansett Avenue East
Wakefield, Rhode Island 02879

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following individuals by first class mail, postage prepaid, on the 4 day of September, 2008:

Matthew J. McGowan, Esq.,
Attorney for Trustee
Salter McGowan Sylvia & Leonard
321 South Main Street
Providence, Rhode Island 02903

Robert D. Wieck, Esq.
Denean M. Russo, Esq.
MacAdams Wieck Deluca & Gemma Incorporated
101 Dyer Street, Suite 400
Providence, Rhode Island 02903

Leonard J. DePasquale, Esq., AUST
United States Trustee's Office
10 Dorrance Street, Suite 910
Providence, Rhode Island 02903

James Ottenbacher
P.O. Box 471
Cape Canaveral, Florida 32920